# ORIGINAL

**FILED**

DEC 19 2014

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| DEAN STANFORD, )<br>)<br>Petitioner, )<br>) <br>v. )<br>)<br>SECRETARY OF HEALTH AND HUMAN )<br>SERVICES, )<br>)<br>Respondent. )<br>_____ ) | No. _____-_____V<br><br>Special Master: _____ |

## PETITION FOR VACCINE COMPENSATION

Petitioner, Dean Stanford, requests compensation under the National Vaccine Injury

Compensation Program, 42 U.S.C. §300aa-10 et seq. (2006), for injuries, including Guillain-

Barré syndrome (GBS), which were caused-in-fact by an influenza vaccination and/or

Pneumococcal vaccine (Pneumovax) and/or Tetanus, Diphtheria, and Pertussis (TDAP) (Adacel)

vaccine injection, all of which he received on December 15, 2011.  In support of this Petition, it

is averred as follows:

(1)     Petitioner Dean Stanford was born on May 22, 1964. (See Exhibit 1 [Affidavit of

Petitioner], page 1).

(2)     On December 15, 2011, at a follow-up appointment for the treatment of left-upper

back/shoulder pain, Petitioner's physician, Thuan Phu Duong, M.D., of Palo Alto Medical

Foundation at 3200 Kearney Street in Fremont, California, recommended that Petitioner receive

1

"booster" shots for the Pneumococcal and Tetanus, Diphtheria, and Pertussis (TDAP) vaccines. Dr. Duong also recommended that Petitioner receive an injection of influenza immunization (hereinafter these three injections will be referred to collectively as "Vaccine Injections).   (See Exhibit 1 [Affidavit of Petitioner], pages 1-2; Exhibit 2 [Medical records of Palo Alto Medical Foundation], pages 38-42).

(3)     On December 15, 2011, the Vaccine Injections (Pneumococcal vaccine (Pneumovax), Tetanus, Diphtheria, and Pertussis (TDAP) (Adacel), and influenza) were administered at Walgreens #02660, in Fremont, California.  (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 41 and 113).

(4)     Prior to the administration of the Vaccine Injections on December 15, 2011, Petitioner was in fairly good health, but he had pain symptoms in his upper back and left shoulder. (See Exhibit 1 [Affidavit of Petitioner], pages 1-2; Exhibit 2 [Medical records of Palo Alto Medical Foundation], pages 38, 39, 43, 45, and 47).

(5)     On January 20, 2012, Petitioner returned to Palo Alto Medical Foundation and was seen by Dr. Duong for a follow-up visit evaluating left shoulder pain and left arm numbness; the diagnosis at that visit was Joint Pain-Shoulder and Brachial Neuritis NOS. (See Exhibit 1 [Affidavit of Petitioner], page 2; Exhibit 2[Medical records of Palo Alto Medical Foundation], pages 32 -33).  Dr. Duong noted that Petitioner continues to have pain symptoms, "now with radiation and tingling to his left upper extremity at times." (*Id*. at 32).  Spasm of muscle/cramp was also noted at that visit.  (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 33).

(6)     On February 1, 2012, Petitioner was seen in consultation by Jaclyn Chien Ju Wey, M.D., Orthopedist, for "chronic right shoulder pain x 3 months; No known injury, Pain level

8/10 at worst, today 2/10 but numbness on the arm and spasm muscle". (See Exhibit 1 [Affidavit

of Petitioner], pages 2-3; Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 29).

It was noted that Petitioner felt sharp pain over the left side of his neck, shoulder and

periscapular muscles; a constant ache; and that the pain was associated with numbness and

weakness into his left arm. (*Id.*)  Dr. Wey's impression was Cervicalgia and Dr. Wey explained

to Petitioner that the pain was consistent with cervical radiculopathy.  (See Exhibit 2 [Medical

records of Palo Alto Medical Foundation], page 31).  Petitioner was advised to proceed with an

MRI of C-spine.  (*Id.*)

(7)     On February 2, 2012, Petitioner had a MRI.  The results of the MRI showed

"overall relatively mild cervical spondylosis most pronounced at C5-6 and C6-6".  (See Exhibit 2

[Medical records of Palo Alto Medical Foundation], page 37).

(8)     On February 7, 2012, Petitioner was seen by Dr. Duong and Patricia Ponce, CMA

for follow up of left shoulder pain.  Dr. Duong noted that Petitioner had consulted with Dr. Wey

from ortho and that Petitioner's "shoulder pain is not orthopedic in nature."  (See Exhibit 1

[Affidavit of Petitioner], page 3; Exhibit 2 [Medical records of Palo Alto Medical Foundation],

page 23).   The diagnoses at this visit were Cervical Spondylosis without Myelopathy and Skin

Sensation Disturbance.  It was noted that Petitioner "now complaints of tingling sensation on

hands and fingers and is worried about having MS."  (See Exhibit 2 [Medical records of Palo

Alto Medical Foundation], page 23).  Petitioner was instructed to keep a future consultation with

Dr. John Lu in the Physical Medicine Department (*Id.*) and was referred to Neurology for

consultation and EMG for numbness in both hands and feet.  (See Exhibit 2 [Medical records of

Palo Alto Medical Foundation], page 24);

(9)     On February 17, 2012, Petitioner was seen by John Lu, M.D., in the Physical

Medicine Department, with a *Chief Complaint* of "neck pain". (See Exhibit 2 [Medical records

of Palo Alto Medical Foundation], page 18). Dr. Lu noted that in December, 2011, Petitioner

reported that he was riding a motorcycle, felt left forearm pain shooting up the arm which was

aggravated by reaching, which later developed bilateral arm and leg numbness and tenderness in

both feet. (*Id.*) Dr. Lu's impression was left neck pain radiates to the left upper extremity with

numbness/tingling; cervical protrusions at C5/6, C6/7 and probable left thoracic outlet tightness,

irritation" ". (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 20).

(10)     On February 21, 2012, Petitioner was seen by Nayan P. Desai, M.D., Neurologist.

According to Dr. Desai's notes, Petitioner gave a history of his having left shoulder pain and that

he received a flu shot on December 15, 2011. (See Exhibit 1 [Affidavit of Petitioner], page 3;

Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 14). Dr. Desai stated that

Petitioner reported that "a few weeks later, he developed diffuse tingling in his arms and legs.

He felt electric sensations going down the left arm. He was very uncomfortable for over a

month, but then started getting better. He does not have severe pain any more, but still feels like

his hands are weak and feel funny – stretchy". Dr. Desai noted that Petitioner was worried

about the possibility of Multiple Sclerosis and that Petitioner never experienced prior episodes of

visual loss, hemibody numbness or weakness. (See Exhibit 2 [Medical records of Palo Alto

Medical Foundation], page 14). Dr. Desai's Assessment was "non specific skin sensation

disturbances – likely a combination of cervical and lumbar radiculopathy with an associated

component of a mild sensory Guillian Barre syndrome type of illness after a flu shot – now

improving." (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 16).

(11)   On February 27, 2012, Respondent went to the Washington Hospital Emergency

Room in Fremont, CA due to severe anxiety related to his facial numbness, pain, and numbness

in all extremities and was seen by Leonard Popky, M.D.  (See Exhibit 1 [Affidavit of Petitioner],

page 3; Exhibit 3 [Washington Hospital Records], pages 7 and 41).  The *ER Clinical Record*

notes pain and numbness without definite injury.  The *Nurse's Notes* document that Petitioner

stated "he got flu shot in December and was told by nurse hotline to come to ed for further eval

of ongoing numbness, pain, and weakness to all extremities." (See Exhibit 3 [Washington

Hospital Records], page 12).   The nurse documented that Petitioner "appears uncomfortable,

Behavior is anxious, states "I'm afraid that I have GBS".  Pain: Complains of pain in right leg

and left leg that does not radiate.  Pain score using the Analog Scale currently is 2 out of 10.

Quality of pain is described as pinching.  Pain began gradually . . . grimacing. . . Neuro: Reports

numbness in Lower extremities.  (See Exhibit 3 [Washington Hospital Records], pages 12-13).

The Encounter Summary notes the Chief Complaint to be "Numbness – r/o GBS"; notes a

diagnosis of Paresthesia and a Prescription of Ativan 1 mg, ten tablets given to be taken "1 orally

three times a day as needed" (See Exhibit 3 [Washington Hospital Records], page 15).

(12)   On February 28, 2012, an Electromyogram (Motor Nerve Conduction) study was

performed.  The *Interpretation* indicated "mild electrodiagnostic evidence of acquired proximal

demyelination in the lower extremity motor nerves.  In the appropriate clinical setting, this could

be indicative of Guillain Barre syndrome." (See Exhibit 2 [Medical records of Palo Alto Medical

Foundation], page 12).  Dr. Desai noted that at that visit, Petitioner was "reassured about the

findings today and advised to continue conservative management.  We reviewed the option of

spinal fluid analysis, but given the overall mild nature of his symptoms, it would likely not alter

treatment. We discussed the natural history of recovery with conditions like GBS." (See Exhibit

2 [Medical records of Palo Alto Medical Foundation], page 10).

(13)    On March 14, 2012, Petitioner was seen by Dr. Desai for follow up.  He reported

that the Petitioner developed paresthesias in the legs and arms since December 2011. "A mild

form of Guillain Barre syndrome is suspected, based on subtle abnormalities noted on EMG

testing". Dr. Desai's diagnosis was Guillain Barre syndrome, mild, improving".  (See Exhibit 2

[Medical records of Palo Alto Medical Foundation], page 8).  Dr. Desai noted that Petitioner

feels the leg numbness is better, "but still gets paresthesias/dysethesias in the feet" and

Petitioner's hands "feel tight". (*Id.*) Dr. Desai further stated that he would send a report to the

County about GBS from the flu shot at Petitioner's request. (*Id.*)

(14)    On April 10, 2012, Petitioner was seen by Dr. Desai, Neurologist for follow-up

regarding "sensory paresthesias that started in Dec 2011." (See Exhibit 2 [Medical records of

Palo Alto Medical Foundation], page 6). Dr. Desai stated that "a mild form of GBS (Guillian

Barre syndrome) is suspected." (*Id.*) Symptoms now include "left facial and tongue numbness…

and more paresthesias in the hands and feet…feels tired and week….become anxious again".

(*Id.*) Dr. Desai stated that Petitioner "tried gabapentin in the past, but felt worsening

paresthesias on it and stopped." (*Id.*) It was reported that Petitioner would be seeing a

neurologist, Dr. Katz, an expert in immune mediated neuropathies, at California Pacific Medical

Center for a second opinion. A repeat EMG "in about two weeks" was recommended. (*Id.*) Dr.

Desai noted "likely GBS, with undulating symptoms as he slowly recovers.  CIDP a possibility."

(*Id.*)

(15)    On April 11, 2012, Petitioner saw Dr. Jonathan Katz at Sutter Health for a

neurological consultation.  Petitioner's Health Questionnaire documents that Petitioner reported

pain on the bottom of his fee, rated at a 4/10.  (See Exhibit 2 [Medical records of Palo Alto

Medical Foundation], page 105).  Dr. Katz documented Petitioner's history:

> Painful cramps in the left shoulder blade began in about mid-November.  Saw doctors at
> the time who thought it was a pinched nerve.  He also noticed numbness in the arm with
> movement around the same time.  He saw a few doctors who debated where the exact
> lesion was.  Following this, about a month later, and following a MMR he developed
> diffuse tingling, twitching and burning in the arms and legs.  He saw Nayan Desai, who
> told him this could be from a shot.  The problem stopped in February except the feet
> remained sore and the arms and legs remained numb.  A nerve conduction study was
> essentially normal.  At that point, they took a wait and see approach.  He began taking
> Neurontin, which did not help and may have intensified the symptoms.  In March, he had
> an episode where the face got numb with the upper lip.  He went to the ER.  Now
> wondering about a course of IVIg.  The shoulder pain is somewhat better, but still there.
> (See Exhibit 4 [Medical records of Dr. Katz], page 2).

Dr. Katz's Impression stated: "I agree with Dr. Desai that this is probably an

inflammatory reaction of nerve, possibly to (sic) the shot . . . I don't see therapy as a good option

with such mild signs and no loss of ADLs.  Lack of sleep may also be playing a roll.  Right now,

it is probably best to take a wait and watch approach."  (See Exhibit 4 [Medical records of Dr.

Katz], page 3).  Under the Section "Problem List", there is a notation, "GBS (Guillan-Barre

sundrome) (HCC) 4/14/2014.  GBS-like illness after flu shot in 2011".  (See Exhibit 4 [Medical

records of Dr. Katz], page 5).

(16)    On May 23, 2012, Petitioner saw Dr. Katz again where Dr. Katz again noted

"possible inflammatory neuropathy" and "Symptoms of diffuse numbness and paresthesias".

(See Exhibit 4 [Medical records of Dr. Katz], page 5).  Dr. Katz noted that Petitioner reported

that "some symptoms, including weakness and pain in his legs, have improved, and some

symptoms, the odd sensation, possibly numbness, in distal hands, feet and face has stayed the

same.  (See Exhibit 4 [Medical records of Dr. Katz], page 8).  Dr. Katz stated that he spent much

of the clinic visit reassuring patient.  "we are hopeful that symptoms will continue to improve. . .

we asked Mr. Stanford to return if symptoms progress or change." (See Exhibit 4 [Medical records of Dr. Katz], page 9).

(17)    On October 25, 2012, Petitioner was seen by Nayan Desai, M.D. for follow up. (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], pages 3-4). Dr. Desai stated that "symptoms have persisted. He continues to get burning sensations in the feet when he sits at work, and cannot leave his feet on the floor. He has to keep them propped up. He feels weakness in the hand grips. He gets episodic burning in the left cheek and worries about facial drooping. He has to use special shoes. He cannot go for hikes like before. The left foot bothers him more than the right." (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 4).

(18)    On December 12, 2012, Petitioner was seen by Dr. Desai. (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 1). Dr. Desai noted that Petitioner continues to have symptoms which seem to worsen when he is stressed and that Petitioner continued to experience tightness in the skin over the hands and also gets a burning sensation in the heels and balls of the feel, especially at night. He feels weak in his hand grips." (*Id.*) It is reported that Petitioner will see neuromuscular specialist "Dr. So at Stanford for a second opinion in early January". (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 2).

(19)    On January 10, 2013, Petitioner was seen by Yuen So, M.D. PhD, Neurologist, in the Stanford Neuromuscular Clinic at Stanford Hospital, Stanford, CA, "for persistent paresthesias after a bout of presumed Guillian-Barre Syndrome". (See Exhibit 5 [Stanford Records], page 2). Dr. So noted in his consultation report:

> about one month after receiving a flu vaccine, [Petitioner] developed numbness, tingling, muscle twitching and burning pain in his feet and hands. [Petitioner] also

felt his limbs felt heavy. We have some outside records. [Petitioner] reports the sensory symptoms spread up his extremities to his hips and shoulders over the course of one month, although past records at that time make no mention of a migratory pattern. At his worst, [Petitioner] felt heaviness of his legs, but was still able to climb stairs. [Petitioner] reports he could not hike as usual due to the pain in the soles of his feet. [Petitioner] was only able to type for one hour at a time due to weakness in his arms. [Petitioner] began working from home and found that propping his arms on pillows helped. [Petitioner] noticed he was making lots of typing errors. In March, 2012, he noted numbness of the entire left side of his face. [Petitioner] believes this persisted until around April 2012. He denied bulbar weakness, visual changes, or dyspnea. (*Id.*)

In the *Impression* section, Dr. So noted, "It is plausible that he had an acute inflammatory neuropathy (?sensory variant of Guillian-Barr?)." Dr. So's diagnosis at this appointment was Sensory motor neuropathy." (See Exhibit 5 [Stanford Records], page 6).

(20)    On November 7, 2014, Petitioner met with Dr. So for a follow-up visit. Petitioner presented with a continuing complaint of paresthesia. (See Exhibit 5 [Stanford Records], page 14). In his *Consultation Report*, Dr. So noted Petitioner's "persistent neuropathic symptoms that started about 1 month after vaccination in late 2011" and that "It was felt that he may have a sensory variant of Guillian-Barre syndrome." (*Id.*) Dr. So documented that Petitioner reported that "his symptoms are about the same, but still quite bothersome – feet burn, especially around both heels. He needs good cushioning shoes. There is numbness in legs, sometimes seems to extend up to the thighs, and also numbness in hands, which extends up to forearms. He does not feel as strong as before. Intensity of these symptoms have not changed much since mid-2012." Dr. So noted that "[Petitioner] has to reduce his walking due to pain; which has led to weight gain. He is now 276 lbs." (*Id.*) In the *Impression* section, Dr. So stated that Petitioner presented with "acute onset in 2012 of paresthesias in his extremities and face. His symptoms have followed a course of progression over several months with subsequent stabilization and some partial improvement. There are significant residual neuropathic pain and primarily subjective

fluctuations.  There is no evidence of another complicating condition, such as complex regional

pain syndrome.  . . . It is possible that he had an acute inflammatory neuropathy (?sensory variant

of Guillian-Barre?) as Dr. Katz a neuromuscular specialist postulated when he was initially

seen."  Dr. So further stated that Petitioner's "normal current examination is reassuring, though

we understand that neuropathic pain can be a lingering issue."  (*Id.*)

(21)    A *Morbidity Report* was submitted by Nayan Desai, M.D. on March 14, 2012

reporting "Guillain Barre syndrome after flu shot."  (See Exhibit 2 [Medical records of Palo Alto

Medical Foundation], page 108).

(22)    To date, Petitioner continues to suffer from GBS.  He continues to experience arm

and leg numbness.  His legs fatigue quickly.  He continues to have symptoms of numbness in the

left side of his face, around his lips, and his left cheek feels like it is sagging.  He has constant

burning pain on the bottom of his feet, with the pain mostly in his heels, and has to elevate his

feel on a footstool when sitting.  Driving is very painful for him because of the foot/heel pain.

He can only walk for short distances.  His arms and legs are weak, preventing him from carrying

any heavy objects, especially up stairs.  The symptoms are worse if he does not get enough sleep.

Emotionally, he has a great deal of fear and anxiety, concern when the symptoms worsen that the

nerve damage and numbness is spreading again.  He is worried about the future, being concerned

that he may not be able to work or get around on his own and will eventually become paralyzed,

on a ventilator, or worse.  He is worried that the illness could become Multiple Sclerosis,

Parkinson's, or Alzheimer's disease.  He is afraid to get another vaccination, for shingles or any

booster shots.  (See Exhibit 1, [Affidavit of Petitioner], page 5).

(23)    He has been able to retain his employment but only by telecommuting from home

throughout the worst of this ordeal.  However, in order to perform his work, he had to prop

himself up on pillows in his bed in an attempt to remain as motionless as possible. He tried his

best to only move his wrists while performing his work using a laptop computer. Otherwise the

pain he felt was too overwhelming to function. (See Exhibit 1, [Affidavit of Petitioner], page 5).

(24)    Petitioner's GBS was caused-in-fact by the December 15, 2011, vaccinations he

received. (See Exhibit 2 [Medical records of Palo Alto Medical Foundation], page 8).

(25)    Petitioner's GBS has persisted for more than six months. (See Exhibit 1,

[Affidavit of Petitioner], page 6).

(26)    Neither, petitioner, nor any other party, has ever filed any action for Petitioner's

vaccine-related injury. (See Exhibit 1, [Affidavit of Petitioner], page 6).

(27)    Neither, petitioner, nor any other party, has ever received compensation in the

form of an award or settlement for Petitioner's vaccine-related injury. (See Exhibit 1, [Affidavit

of Petitioner], page 6).

(28)    Petitioner requests that his compensation demand (including attorney's fees and

costs) be deferred at this time pursuant to 42 U.S.C. §300aa-11(e), until such time as the

entitlement issue has been resolved.

(29)    All Exhibits referred to in this Petition will be provided under separate cover

electronically as soon as this case is docketed.

Date: 12\18\14

Marvin Firestone MD, JD & Associates
1700 South El Camino Real, Suite 204
San Mateo, CA 94402
Telephone: (650) 212-4900
Fax: (650) 212-4905
Email: firestone@lawmdjd.com

By:    _____
Marvin H. Firestone, MD, JD, Counsel of Record
for Petitioner Dean Stanford
Admitted to the U.S. Court of Federal Claims on
August 27, 1990

11

## CERTIFICATE OF SERVICE

I hereby affirm that an original and two copies of this Petition are hereby filed with the Clerk of the United States Court of Federal Claims. A copy of the petition was served by FedEx upon the respondent at the address below on ___December 18, 2014___

Secretary of Health and Human Services
c/o Director, Division of Vaccine Injury Compensation
Office of Special Programs
Health Resources and Services Administration
5600 Fishers Lane, Room 8W15
Rockville, Maryland 20857

By: _____
Marvin H. Firestone, MD, JD
Counsel of Record for Petitioner
Marvin Firestone, MD, JD & Associates
1700 South El Camino Real, Suite 204
San Mateo, CA 94402