# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEAN STANFORD,

                Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

                Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 14-1216

Special Master Christian J. Moran

Filed: January 20, 2015

## <u>ORDER</u>

A status conference was held on January 20, 2015.  The undersigned informed petitioner of the opportunity to join Vaccine Injured Petitioners Bar Association led by Renee Gentry at (703)-281-6395 or Renee@attorneyaccess.net.  The undersigned reviewed several vaccine rules and guidelines including the provisions relating to attorneys' fees.

Petitioner should consider presenting additional evidence.  For example, petitioner may wish to depict his petitioner's current condition in an inexpensive video.  Respondent requested petitioner check whether he had routine physical exams in three years before vaccination.  In addition, petitioner should begin the process of producing affidavits from any witness who has knowledge about the onset of the symptoms marking the start of GBS.

Accordingly, the following is ORDERED:

1.  Petitioner shall file a status report by **Tuesday, February 3, 2015**, regarding any of petitioner's physical examinations records.

2.  Petitioner shall file his damages affidavit by **Friday, February 20, 2015**.

3.  Respondent's Rule 4 report deadline remains set for **Thursday**, **March 19, 2015.**

4.  A status conference is set for **Thursday, April 16, 2015 at 2:30 PM Eastern Time**. The Office of Special Masters will initiate the call.

Any questions may be directed to my law clerk, Christina Gervasi, at (202) 357-6521.

**IT IS SO ORDERED.**

<u>s/Christian J. Moran</u>
Christian J. Moran
Special Master